### BEFORE THE UNITED STATES JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE ) <br> RETIREMENT FUND LITIGATION ) <br> ) <br> ) <br> ) | MDL NO: 3035 |

### NOTICE OF ERRATA REGARDING DOCKET ENTRIES NOS. 27, 28, 29

The parties, by and through their counsel of record, respectfully submit this Notice of Errata regarding Docket Entries Nos. 27, 28, and 29, filed on April 19, 2022. The Schedule of Actions in Docket Entry No. 27 and 28 has a typographical error on Number 4 containing the Civil Action No: "3:12-cv-00179" when it should read "3:22-cv-00179." Also, Docket Entry 29 filed on April 19, 2022 contains a typographical error in the Case Caption stating "Alexander v. Harris, et al., No. 8:22-cv-00707-PJM (W.D. Tenn.)" when it should read "Alexander v. Harris, et al., No. 8:22-cv-00707-PJM (D. Md.)."

This the 21st day of April, 2022.

                                                 Respectfully submitted,

                                                 /s/ *Bruce A. McMullen*
                                                 Bruce A. McMullen (TN #18126)
                                                 **Baker, Donelson, Bearman,**
                                                 **Caldwell & Berkowitz, P.C.**
                                                 165 Madison Ave., Suite 2000
                                                 Memphis, TN 38103
                                                 Tel: (901) 526-2000
                                                 Fax: (901) 577-2303
                                                 Email: bmcmullen@bakerdonelson.com

                                                 ***Counsel for Defendants African Methodist Episcopal Church, African Methodist Episcopal Church, Inc., Bishop Samuel L. Green, Sr., Bishop James Davis, and Estate of Bishop McKinley Young***