# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __3035__ & TITLE - IN RE: __AME Church Employee Retirement Fund Litigation__

1. **Oral Argument** – Check ONE of the following boxes:

    [✓] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

    > Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

    Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

    [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

    [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

2. **Position on Centralization** – Check ONE of the following boxes:

    [ ] Support Centralization

    [ ] Oppose Centralization

    [✓] Other __Alternatively Support Centralization in another transferee district.__

3. **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

    __District of Maryland__

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box:

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

   Reverend Cedric V. Alexander
   Plaintiff

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:

   See Attached.

7. **Name and Address of Attorney Designated to Present Oral Argument**:

   Scott M. Lempert
   Name

   Kantor & Kantor, LLP
   Law Firm

   Northridge                              CA
   City                                    State

   Telephone No.: 818-886-2525

   Email Address: slempert@kantorlaw.net

   04/29/2022          Scott M. Lempert          s/ Scott M. Lempert
   Date                Printed Name              Authorized Signature

JPML Form 9 (12/15)

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIATION | MDL NO. 3035 |

**CASE LIST re: NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT**

1. *Ewing v. Newport Group, Inc., et al.,* 2:22-cv-02136-JTF-atc (W.D. Tenn.);

2. *Jackson v. Newport Group, Inc., et al.,* 2:22-cv-02174-JTF-atc (W.D. Tenn.);

3. *Russ, et al., v. Newport Group, Inc., et al.,* 3:22-cv-00375-BJD-LLL (M.D. Fl.);

4. *Wade, et al., v. Newport Group, Inc., et al.,* 3:22-cv-00179-DJN (E.D. Va.);

5. *Alexander v. Harris, et al.,* 8:22-cv-00707-PJM (D. Md.).

Dated: April 29, 2022

Respectfully submitted,

*/s/ Scott M. Lempert*
Elizabeth Hopkins, *pro hac vice*
Scott M. Lempert, *Pro hac vice*
Susan L. Meter, *pro hac vice*
Kantor & Kantor, LLP
19839 Nordhoff Street
Northridge, CA 91324
818-886-2525 (Phone)
818-350-6272 (Fax)
ehopkins@kantorlaw.net
slempert@kantorlaw.net
smeter@kantorlaw.net

Dara S. Smith, *pro hac vice*
AARP
601 E Street, NW
Washington, DC 20049
Tel: (202) 434-6280
Fax: (202) 434-6424
dsmith@aarp.org